IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:17-CV-52-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ENTRY OF DEFAULT AS TO |
| v. | ) | DEFENDANT HATTIE J. SUGGS |
| | ) | |
| HATTIE J. SUGGS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion, request, and proper showing by attorney for the Plaintiff, United States of America, the above-named defendant, Hattie J. Suggs, having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said defendant.

This 10th day of July, 2017.

Peter A. Moore, Clerk
United States District Court